Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65642.—The Huffman Manufacturing Co. *v.* United States, protests 313668–K, etc. (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65643.—Andrew Fisher Cycle Co., Inc. *v.* United States, protest 58/25340 (Norfolk).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65644.—The Huffman Manufacturing Company *v.* United States, protests 59/6853, etc. (Norfolk).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65645.—Andrew Fisher Cycle Co., Inc. v. United States, protests 59/9079, etc. (Norfolk).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65646.—A. R. Neuer and Carmichael Forwarding Service v. United States, protests 59/21495, 60/16584, and 60/20114 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65647.—D. P. Harris Hardware & Mfg. Co., Inc. v. United States, protest 58/22330 (New York).

Opinion by LAWRENCE, J. An examination of the official papers substantiating the allegation and following Abstract 54925, the protest was dismissed.

No. 65648.—Efficient Instruments Corp. v. United States, protest 60/12086 (New York).